Argued and submitted December 17, 1980, affirmed April 20, 1981

In the Matter of the Compensation of
Randy Howard, Claimant.

HOWARD,
*Petitioner,*

*v.*

STATE ACCIDENT INSURANCE
FUND CORPORATION,
*Respondent.*

(WCB No. 79-697, CA 18741)

627 P2d 32

Kenneth D. Peterson, Jr., Eugene, argued the cause for petitioner. On the brief were Evohl F. Malagon and Malagon, Velure & Yates, Eugene.

Darrell E. Bewley, Appellate Counsel, State Accident Insurance Fund Corporation, Salem, argued the cause for respondent. With him on the brief were K. R. Maloney, General Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund Corporation, Salem.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM.

**PER CURIAM.**

Claimant requests judicial review of an order of the Workers' Compensation Board. The Board's order granted claimant an award of compensation equal to 80 degrees for 25 percent unscheduled disability for his back injury. The order modified the order of the hearings referee who had awarded claimant 40 percent permanent partial disability, equal to 128 degrees.

We have reviewed the record *de novo.* The evidence does not preponderate in favor of a different result than that reached by the Board. We defer to the expertise of the Board and its determination of the extent of claimant's partial disability. *Romero v. Compensation Department,* 250 Or 368, 440 P2d 866 (1968) and *Russell v. SAIF,* 33 Or App 153, 576 P2d 376 (1978).

Affirmed.